IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Post Confirmation Trust (of Fleming Companies, Inc., et al.) Subpoena | C.A. No. 1:06-mc-00209-GMS |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that C&S Acquisition, LLC's Motion to Quash Post Confirmation Trust Subpoena [D.I. number 1] that was filed on November 17, 2006 is hereby withdrawn without prejudice.

Dated: December 6, 2006
       Wilmington, Delaware

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450

Counsel to C&S Acquisition, LLC

369.001-14860

## CERTIFICATE OF SERVICE

I, James S. Green, Jr., hereby certify that on this 6th day of December, 2006, I caused a copy of the foregoing to be served on the individual listed below in the manner indicated.

**VIA FIRST CLASS MAIL**
Jeremy Doyle, Esq.
Gibbs & Bruns, LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002

_____
James S. Green, Jr. (No. 4406)

369.001-14864